The State of Florida *ex rel.* Charles Perry *et al.,* Plaintiffs in Error, v. Board of Pilot Commissioners and Port Wardens of the Port of Pensacola, Defendants in Error.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

John C. Avery for plaintiffs in error.

Blount & Blount for defendants in error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants, and the plaintiffs take writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiffs in error, under Rule 24.